UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELVIN BELL, III,

              Plaintiff,

-against-

MELVIN BELL JR.; LYDIA MARIE BELL; TREVOR RICHARD BELL,

              Defendants.

21-CV-2375 (LTS)

CIVIL JUDGMENT

---

By order issued May 17, 2021, the Court dismissed this action for lack of subject matter jurisdiction, but granted Plaintiff thirty days' leave to replead his claims in an amended complaint. Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff consents to electronic service.

SO ORDERED.

Dated:   July 20, 2021
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge